# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CARMEN CIOTOLA, | : | |
| Plaintiff | : | CIVIL ACTION NO. 3:19-753 |
| v. | : | (JUDGE MANNION) |
| STAR TRANSPORTATION & TRUCKING, LLC, | : | |
| And, | : | |
| QUATERBACK TRANSPORTATION, USA INC., | : | |
| And, | : | |
| BALL METAL BEVERAGE CONTAINER CORP. | : | |
| Defendants, | : | |
| And, | : | |
| OLDCASTLE, INC. LIBERTY MUTUAL CORPORATION, | : | |
| DEFENDANT/ INTERVENORS | : | |

## ORDER

In light of the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

(1) the motion to intervene of Old Castle, Inc. Liberty Mutual Corporation, (Doc. 46), is **GRANTED**; and

(2) Old Castle, Inc. Liberty Mutual Corporation is allowed to intervene in the plaintiff's case.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION
United States District Judge**

**DATE: February 28, 2020**
19-753-01-Order.dox