UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CARMEN CIOTOLA,** | : | |
| Plaintiff | : | CIVIL ACTION NO. 3:19-753 |
| v. | : | (JUDGE MANNION) |
| **STAR TRANSPORTATION & TRUCKING, LLC,** | : | |
| And, | : | |
| **QUATERBACK TRANSPORTATION, USA INC.,** | : | |
| And, | : | |
| **BALL METAL BEVERAGE CONTAINER CORP.** | : | |
| Defendants, | : | |
| And, | : | |
| **OLDCASTLE, INC. LIBERITY MUTUAL CORPORATION,** | : | |
| | : | |
| DEFENDANT/ INTERVENORS | : | |

# ORDER

In light of the memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

Ball Metal's motion for leave of court, **(Doc. 89)**, to amend its answer to the plaintiff's second amended complaint, (Doc. 25), to assert the cross-

claims for contribution and indemnity against co-defendants Star and Quarterback is **DENIED**.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATE: July 2, 2020**
19-753-04-Order