UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

CARMEN CIOTOLA,                                :

    Plaintiff                                    :       CIVIL ACTION NO. 3:19-753

    v.                                              :       (JUDGE MANNION)

STAR TRANSPORTATION &                           :
TRUCKING, LLC,
and,                                            :

QUARTERBACK                                     :
TRANSPORTATION, USA INC.,
and,                                            :

BALL METAL BEVERAGE                             :
CONTAINER CORP.
    Defendants,                                  :

and,                                            :

OLDCASTLE, INC.                                 :
LIBERITY MUTUAL
CORPORATION,
    DEFENDANT/                                   :
    INTERVENORS

# ORDER

In accordance with the court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** The motion for summary judgment of Quarterback, **(Doc. 69)**, as to plaintiff's claims against it raised in his SAC, **(Doc. 25)**, is **DENIED**;

**(2)** Quarterback's motion to dismiss plaintiff's SAC, **(Doc. 26)**, is dismissed as **MOOT**; and

**(3)** The plaintiff's motion for partial summary judgment with respect to his claims against Quarterback, **(Doc. 75)**, is **DENIED**.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATE: August 24, 2020**
19-753-06 ORDER