UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CARMEN CIOTOLA | CIVIL ACTION - LAW |
| Plaintiff, | **JURY TRIAL DEMANDED** |
| v. | NO.: 3:19-CV-753 |
| QUARTERBACK TRANSPORTATION INC., | (JUDGE MANNION) |
| Defendant. | |
| v. | |
| OLD CASTLE INC. LIBERTY MUTUAL CORPORATION, | |
| Defendant/Intervenors. | |

## ORDER

**AND NOW**, this 4th day of Jan, 2021, upon consideration of the Joint Application for Entry of Consent Judgment/Decree of Plaintiff Carmen Ciotola and Defendant Quarterback Transportation, Inc., and the Brief in Opposition filed by Chubb Insurance Company of Canada, it is hereby **ORDERED** as follows:

1. The Joint Application for Consent Judgment is GRANTED, and judgment shall be entered against Defendant Quarterback Transportation, Inc., and in favor of Plaintiff, Carmen Ciotola, in the total amount of $9,000,000.

2. Quarterback's claims against Star Transportation & Trucking, LLC, are hereby dismissed, *without prejudice*.

3. The Court acknowledges Chubb Insurance Company of Canada's Specific Responses and Objections to Plaintiff Carmen Ciotola's and Defendant Quarterback Transportation Inc.'s Stipulation for Entry of Consent Judgment, ECF No. 105, Ex. A, and refrains from making any ruling or determination with respect to the assertions in the Stipulation for Entry of Consent Judgment relating to Chubb and/or Chubb commercial insurance policy no. 35944577, which are the subject of the Application pending before the Ontario Superior Court of Justice.

4. The Court refrains from making any finding(s) or determination(s) concerning or relating to the availability of coverage and/or the rights and obligations of the parties under Chubb commercial insurance policy no. 35944577, which are the subject of the Application pending before the Ontario Superior Court of Justice.

5. The Court further refrains from making any finding(s) or determination(s) as to whether, for insurance coverage purposes, the settlement was fair, reasonable, done in good faith and non-collusive.

6. This Court shall maintain continuing jurisdiction over this action for the purpose of enforcing the terms of this Consent Judgment.

s/ *Malachy E. Mannion*
MALACHY E. MANNION
United States District Judge

26120636v.1